FILED BY _NC_ D.C.

NOV 07 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CHANNING HUTCHINS,

    Plaintiff,

vs.

FRONTIER AIRLINES INCORPORATED,

    Defendant

Case No.: 9:23-CV-80210-RLR

11TH CIRCUIT COURT NOTICE OF APPEAL

## NOTICE OF APPEAL

(1) We request for the Eleventh Circuit Court of Appeals to review the entire case.

(2) We firmly believe the Judge has ruled in a legal mistake and violated the Plaintiffs constitutional rights.

(3) We believe there are errors in due process and procedures that alternatively favored the Plaintiff.

(4) We believe the law as applied is not the correct and technical rules for discrimination.

(5) We believe the factual findings were against the weight of evidence by with the alternative flight

In Closing, the current financial filing status of indigent shall be transferred over automatically to the appellate court, and we request for court-appointed counsel.

Dated this day of November 5, 2023.

_[signature]_

Channing Hutchins

**Office 1075**

| | |
|---|---|
| **From:** | Channing Hutchins <channinghutchins@outlook.com> |
| **Sent:** | Sunday, November 5, 2023 8:12 PM |
| **To:** | Office 1075 |
| **Subject:** | [EXTERNAL] courier service/next day |
| **Attachments:** | Screenshot_20231105-164342~2.png |

> Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

Dear Clerk of Courts,

Please file immediately for 9.23.cv.80210

Sincerely,

Channing Hutchins
813.291.4704

1

