UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 23-CV-80210-ROSENBERG/REINAHRT

CHANNING HUTCHINS

    Plaintiff,

v.

FRONTIER AIRLINES, INC., PALM
BEACH COUNTIES DEPARTMENT OF
AIRPORTS, and PALM BEACH COUNTY
SHERIFF'S OFFICE,

    Defendants.
_____/

## ORDER OF FINAL JUDGMENT

On October 13, 2023, Defendant's Motion for Summary Judgment (DE 56) was granted.

Pursuant to Federal Rule of Civil Procedure 56, it is hereby **ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of the Defendant, Frontier Airlines, Inc. The Plaintiff shall take nothing by this action.

2. This case shall remain **CLOSED**. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of October, 2023.

_____
Robin L. Rosenberg
UNITED STATES DISTRICT JUDGE

Copy Furnished To:

Channing Hutchins
E-mail: channinghutchins@outlook.com

83545\315007975.v1