

ELEVENTH CIRCUIT COURT

COURT OF APPEALS

| | |
|---|---|
| CHANNING HUTCHINS,<br><br>  Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES,<br><br>  Defendant | Case No.: 23-13709 —A<br><br>Request Medical Evaluation |

Motion for Medical Evaluation

We request for the court to allow for the Plaintiff to receive a mental health evaluation to help determine his capability to litigate the matter. This process will provide the court with the necessary information to determine, if the case meets the specific criteria for appointment of counsel in this civil suit.

Signed on this date of November 20, 2023

*Channing Hutchins* (signature)

Channing Hutchins



