No. 23-13709-A

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Channing Hutchins

*Plaintiff-Appellant*

v.

Frontier Airlines, Inc.

*Defendant-Appellee*

Appeal from the United States District Court

for the Southern District of Florida

No. 9:23-cv-80210-RLR

## DEFENDANT-APPELLEE FRONTIER AIRLINES INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1. Frontier Airlines, Inc.'s provides the following certificate of interested persons and corporate disclosure statement:

1. Channing Hutchins, Plaintiff/Appellant

2. Frontier Airlines, Inc., Defendant/Appellee

3. Hinshaw & Culbertson LLP, Attorneys for Appellee

4. The Honorable Robin L. Rosenberg, U.S. District Judge

5. The Honorable Bruce E. Reinhart, U.S. Magistrate Judge

Frontier Airlines Holdings, Inc. is the sole shareholder of Frontier Airlines, Inc.

Dated: December 6, 2023                    Respectfully submitted,

/s/ *Steven D. Lehner*

Steven D. Lehner (Florida Bar No. 39373)
HINSHAW & CULBERTSON LLP
100 South Ashley Drive, Suite 1310
Tampa, Florida 33602
Phone: 813-868-8850
E-mail: slehner@hinshawlaw.com

*Counsel for Frontier Airlines, Inc.*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 6th day of December, 2023, the foregoing Appellee's Certificate Of Interested Persons and Corporate Disclosure Statement was electronically filed with the Clerk of the Court using the United States Court of Appeals for the Eleventh Circuit System CM/ECF System, which will send a notice of electronic filing to Plaintiff, Channing Hutchins, channinghutchins@outlook.com.

        /s/ *Steven D. Lehner*
        Steven D. Lehner
        Florida Bar No. 39373
        HINSHAW & CULBERTSON LLP
        100 South Ashley Drive
        Suite 1310
        Tampa, FL 33602
        Telephone: 813-276-1662
        slehner@hinshawlaw.com

        *Counsel for Frontier Airlines, Inc.*