No. 23-13709-A

# JURISDICTIONAL QUESTION

Please address whether this appeal is taken from a final order. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000) (providing that this Court has jurisdiction over the final decisions of district courts that end the litigation on the merits); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1245-46 (11th Cir. 2012) (providing that an order that disposes of fewer than all claims against all parties to an action is not final). Specifically, please address whether all counts in the operative pleading were resolved as to all defendants.