Channing L. Hutchins
2381 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL 33409



U.S. COURT OF APPEALS
RECEIVED
CLERK
DEC 1 2 2023
ATLANTA, GA

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 28, 2023

Channing L. Hutchins
2381 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL 33409

Appeal Number: 23-13709-A
Case Style: Channing Hutchins v. Frontier Airlines, Inc., et al
District Court Docket No: 9:23-cv-80210-RLR

### DISMISSAL NOTICE

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant files **BOTH** (1) a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) **AND** (2) a Motion to File Documents Out of Time. See 11th Cir. R. 26.1-1(a)(2).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

CIP Deficiency Letter

U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT (CIP)

_____ *vs.* _____ Appeal No. _____

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Submitted by:
Signature: _____
Name: _____ Prisoner # (if applicable): _____
Address: _____
Telephone #: _____

Rev.: 2/23

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

ATLANTA METRO GA 301
28 NOV 2023 PM 6

US POSTAGE PITNEY BOWES
ZIP 30303  $ 000.63⁰
02 4W
0000368939 NOV 28 2023

CLEARED SECURITY

DEC 12 2023
U.S. MARSHALS SERVICE
Atlanta, GA

NIXIE   991   4E  1         0012/07/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 30303229599          *2824-03691-29-00