23-13709 -A



Channing L. Hutchins
2381 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL 33409

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 11, 2023

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 23-13709-A
Case Style: Channing Hutchins v. Frontier Airlines, Inc., et al
District Court Docket No: 9:23-cv-80210-RLR

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 23-13709-A

CHANNING L. HUTCHINS,

                                                 Plaintiff - Appellant,

versus

FRONTIER AIRLINES INC.,
PALM BEACH COUNTIES DEPARTMENT OF AIRPORTS,
PALM BEACH COUNTY SHERIFF'S OFFICE,

                                                 Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Florida

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Channing L. Hutchins failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in district court within the time fixed by the rules.

Effective December 11, 2023.

                                        DAVID J. SMITH
                        Clerk of Court of the United States Court
                          of Appeals for the Eleventh Circuit

                                                               FOR THE COURT - BY DIRECTION

**UNITED STATES COURT OF APPEALS**
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CLEARED SECURITY

DEC 26 2023

U.S. MARSHALS SERVICE
Atlanta, GA

US POSTAGE ᴵᴹᴵ PITNEY BOWES
ZIP 30303   $ 000.63⁰
02 4W
0000368939 DEC. 12. 2023

NIXIE    331    FE 1    0012/21/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 30303229599    *0824-02449-13-04